UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID MCDOWELL ROBINSON,      :
                                                    Civil Action No. 08-3562 (RMB)
          Petitioner,         :

     v.                       :           **O R D E R**
                                              (CLOSED)
WARDEN J. GRONDOLSKY,         :

          Respondent.         :

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, and motion for summary judgment; and for the reasons expressed in the Opinion issued this same day;

IT IS on this **30th** day of **July** 2008;

**ORDERED** that the petition is hereby **DISMISSED**, without prejudice, for lack of jurisdiction; and it is further

**ORDERED** that Petitioner's motion for summary judgment (docket entry 2), is hereby **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall close this file.

                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge